## Attachment (1) to Bankruptcy Petition for Emanuel Freidman

1) Attachment to Part 5 (Form 101) Credit Counseling;

March 5, 2018

Due to my age and deteriorating health, I've had major difficulties paying my dues lately. Understandably, my goal is, to stabilize my financial situation and return to solvency. That shall as well include outside assistance in the form of financial help and counseling services.

I already completed counseling (see certificate attached) but did not get around to finalize workout options with any counseling agency yet. I hope that bankruptcy protection will save the roof over my head, and enable me to work on options to pay my mortgage and other debts.

Sincerely;

*Emanuel Freidman*
Emanuel Freidman

FILED
U.S. BANKRUPTCY COURT
S.D. OF N.Y.
2018 MAR -6  P 3:15